UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

CARLOS JUAN REYES

PROCEEDINGS: __Initial Appearance__

(×) COMPLAINT
(×) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
(×) APPT. OF COUNSEL:   __ AFPD   X CJA
(×) WAIVER OF HRG.:   X PRELIM   __ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED:   __ GUILTY   __ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
(×) FINANCIAL AFFIDAVIT EXECUTED

( ) OTHER _____

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG
(×) DETENTION / BAIL HRG.
( ) TRIAL:   __ COURT   __ JURY
( ) SENTENCING
( ) OTHER: _____

APPEARANCES:

AUSA   Brian Urbano

DEFT. COUNSEL   Michael Pedicini, CJA

PROBATION _____

INTERPRETER _____
         Language:   ( _____ )

Time Commenced: 3:25 pm
Time Terminated: 3:32 pm
CD No:   Digital Recorder

MAGISTRATE'S COURTROOM MINUTES

MAGISTRATE JUDGE: Patty Shwartz

MAGISTRATE NO.:   10-3092-01(PS)

DATE OF PROCEEDINGS:   3/26/10

DATE OF ARREST:   3/26/10

( ) TEMPORARY COMMITMENT
(×) CONSENT TO DETENTION WITH RIGHT TO MAKE A
    BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET: _____
        ( ) UNSECURED BOND
        ( ) SURETY BOND SECURED BY CASH / PROPERTY
( ) TRAVEL RESTRICTED _____
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR
    ADDITIONAL CONDITIONS

DATE: _____
DATE: March 30, 2010 at 1800 pm
DATE: _____
DATE: _____
DATE: _____

                    Amy Andersonn
                    DEPUTY CLERK