# COMMITMENT

| United States District Court | DISTRICT<br>OF NEW JERSEY |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>**CARLOS JUAN REYES** | DOCKET NO.<br><br>MAGISTRATE CASE NO.<br>**10-3092-01(PS)** |

The above named defendant was arrested upon the complaint of

charging a violation of **Title 21 USC § 846**

DISTRICT OF OFFENSE

New Jersey

DATE OF OFFENSE

3/2010

DESCRIPTION OF CHARGES:

*Conspiracy to distribute and possess with intent to distribute a quantity of heroin*

BOND IS FIXED AT
$ **Detained** *pending a detention hearing on March 30, 2010 at 1p*

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take the custody of the above named defendant and to commit that defendant with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the United States where the defendant shall be received and safely kept until discharged in due course of law.

**March 26, 2010**
Date

*[signature]*
United States Judge or Magistrate

---

RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |