BLU: 2009R01385

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 11-245 |
| | : | |
| v. | : | 21 U.S.C. § 846 |
| | : | |
| CARLOS REYES | : | <u>I N F O R M A T I O N</u> |

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

From in or around December 2009 through on or around March 25, 2010, in Essex County, in the District of New Jersey and elsewhere, defendant

CARLOS REYES

did knowingly and intentionally conspire and agree with others to distribute and possess with the intent to distribute 100 grams or more of heroin, a Schedule I controlled substance, contrary to Title 21, United States Code, Sections 841(a) and 841(b)(1)(B).

In violation of Title 21, United States Code, Section 846.

_____<br>
PAUL J. FISHMAN<br>
United States Attorney

CASE NUMBER: 10-___

**United States District Court**
**District of New Jersey**

UNITED STATES OF AMERICA

v.

CARLOS REYES

**INFORMATION FOR**

21 U.S.C. § 846

**PAUL J. FISHMAN**
U.S. ATTORNEY NEWARK, NEW JERSEY

BRIAN L. URBANO
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
(973) 297-2078