# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Number: 10- 245 |
| v. | : | **WAIVER OF INDICTMENT** |
| CARLOS REYES | : | |

I, CARLOS REYES, the above-named defendant, who is charged with knowingly and intentionally conspiring and agreeing with others to distribute and possess with intent to distribute 100 grams or more of heroin, a Schedule I controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), in violation of Title 21, United States Code, Section 846, being advised of the nature of the charges, the proposed Information, and my rights, hereby waive in open court on __4-13-11__, 2010, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
Carlos Reyes
Defendant

_____
Joseph Ferrante, Esq.
Counsel for Defendant

Before: _____
United States District Judge
4/13/11