UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

NEWARK
Judge: JOSE L. LINARES                                    Date: 03/31/2015
Court Reporter:   PHYLLIS LEWIS                           Docket No: CR. 11cr245 (JLL)

Title of the Case:

UNITED STATES OF AMERICA
v.
CARLOS JUAN REYES

Appearances:

Brian Urbano,  AUSA
Gary J. Natale, Attorney for Defendant
Luis Gonzalez,  USPO

Nature of Proceedings: **VIOLATION OF SUPERVISED RELEASE**
Deft. sworn.
Plea: Guilty to Violation #1. The term of imprisonment imposed shall run consecutively to the offender's imprisonment under any previous state or federal sentence.

Sentence :   12 Months + 1 Day
S/C:
 * Refrain from use of drugs/alcohol
Violations 2 & 3 dismissed by the Govt.
Court ORDERED Deft. to voluntarily surrender 05/18/2015 at or before Noon.
Court makes following recommendation: FCI Loretto, PA

Commenced: 11:15 a.m.
Concluded:    12:00 p.m.

                                            Lissette Rodriguez, Courtroom Deputy
                                            to the Honorable Jose L. Linares, U.S.D.J.