UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK

Date: January 18, 2024

JUDGE: HON. CLAIRE C. CECCHI

COURT REPORTER: RHEA MORALES

DEPUTY CLERK: JACQUIE LAMBIASE

Docket No. 11-CR-245 (CCC)

Title of Case: U.S.A. v. CARLOS REYES

Appearances:   Richard Shephard, AUSA, for the Government
Patrick McMahon, Esq. for Defendant
Kevin Egli, US Probation

Nature of Proceedings:   **VIOLATION OF SUPERVISED RELEASE**

Ordered defendant sworn.
Defendant advised of his/her rights.
Plea: Guilty to Violation #1 (Dismissing 2 & 3)
Supervised Release previously imposed is REVOKED
Sentence: TIME SERVED as to Violation #1
No supervision to follow.

Time Commenced   1:00 p.m.                     Time Adjourned   1:20 p.m.

*Jacquie Lambiase*
Jacquie Lambiase, Deputy Clerk