# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.

CARLOS JUAN REYES

Defendant.

CASE NUMBER   2:11-CR-00245-CCC-1

## JUDGMENT IN A CRIMINAL CASE
### (For Revocation of Probation or Supervised Release)
### (For Offenses Committed On or After November 1, 1987)

The defendant, CARLOS JUAN REYES, was represented by PATRICK N. MCMAHON, ESQ.

Violation number(s) 2 & 3 have been dismissed.

The defendant admitted guilt to violation number(s) 1 as stated on the violation petition.   Accordingly, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation |
|---|---|
| 1 | Left district without permission |

As pronounced on January 18, 2024, the defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.  Unless modified by this judgment, all fines, restitution, costs, and special assessments previously imposed in the judgment filed on 3/31/2015 remain in full force and effect, if not already paid.

Signed this  22  day of January, 2024.

_____
Claire C. Cecchi
U.S. District Judge

unknown

Judgment - Page 2 of 2

Defendant: CARLOS JUAN REYES
Case Number: 2:11-CR-00245-CCC-1

## IMPRISONMENT

It is ordered and adjudged that the previously imposed term of supervised release is REVOKED and the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of TIME SERVED as to Violation #1.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ To _____
At _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal